USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Dr. Anil Agarwal et al

                               Plaintiff,

            - against -

United States of America et al

                             Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

14 Civ. 1873 ( PAC)

ORDER TO SHOW CAUSE
FOR PRELIMINARY INJUNCTION
AND TEMPORARY RESTRAINING
ORDER

Upon the affidavits of __Dr. Anil Agarwal__, sworn to the 25th day of 2014, March, and upon the copy of the complaint hereto annexed, it is

ORDERED, that the above named defendant show cause before a motion term of this Court, at Room _____, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on _____ ____, _____, at _____ o'clock in the _____ noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining the defendant during the pendency of this action from __See attached__

_____

_____

_____; and it is further

ORDERED that, sufficient reason having been shown therefor, pending the hearing of plaintiff's application for a preliminary injunction, pursuant to Rule 65, Fed. R. Civ. P., the defendant is temporarily restrained and enjoined from _____

UNITED STATES COURT OF SOUTHERN- DISTRICT OF NEW YORK
500 Pearl Street, New York, NY 10007-1312

Civil Action No. **14 CV 1873**
(With demand for Jury Trial)

DR. ANIL AGARWAL, 207-209 West Sherman St., McAdoo, PA 18237-0006
MADHU AGARWAL, 419 Esplanade, Maywood, NJ 07607.
**& any and all US Citizens and permanent residents effected in any way by CONSTITUTIONAL WRONGS OF DEFENDENTS**

**Plaintiffs**

-vs-

United States of America C/o US Attorney General  et al.

**Defendants**

### APPLICATION FOR TEMPORARY INJECTIVE RELIEF

Plaintiff AGARWAL's, prays for temporary injective relief for staying all the orders passed by New Jersey Judge HECTOR R. VELAZQUEZ, J.S.C. in the Civil Court Proceeding: HSBC Bank USA, N.A. v. Madhu Agarwal  and Anil Agarwal  v. HSBC Bank USA, N.A., et al. Docket No. SWC-F-024191-12 , IN WHICH Judge HECTOR R. VELAZQUEZ, J.S.C. was Third Party Defendant.
Instead of reliving himself as JUDGE entered various orders one of them is filed as exhibit A.

Signature _____        Signature _____
MADHU AGARWAL,                              DR. ANIL AGARWAL (201-873-7341)

Date: 3/24/14

_____

_____

_____; and it is further

     ORDERED that security in the amount of $_____ be posted by the plaintiff prior to _____ ____, _____, at _____ o'clock in the ____noon of that day; and it is further

     ORDERED that personal service of a copy of this order and annexed affidavit upon the defendant or his counsel on or before _____ o'clock in the ____noon, _____ _____ ____, _____, shall be deemed good and sufficient service thereof.

DATED:  New York, New York

ISSUED:  _____M

                                                _____
                                                                United States District Judge

# UNITED STATES COURT OF SOUTHERN- DISTRICT OF NEW YORK
500 Pearl Street, New York, NY 10007-1312

Civil Action No. **14 CV 1873**
(With demand for Jury Trial)

DR. ANIL AGARWAL, 207-209 West Sherman St., McAdoo, PA 18237-0006
MADHU AGARWAL, 419 Esplanade, Maywood, NJ 07607.
**& any and all US Citizens and permanent residents effected in any way by CONSTITUTIONAL WRONGS OF DEFENDENTS**

           **Plaintiffs**

-vs-

United States of America C/o US Attorney General  et al.

           **Defendants**

# ORDER

On the ex-party motion of applicants AGARWAL's, and court having considered the motion and for good cause appearing

IT IS ON THIS_____ day of _____, 2014

ORDERED that all orders passed by New Jersey Judge HECTOR R. VELAZQUEZ, J.S.C. in the Civil Court Proceeding: HSBC Bank USA, N.A. v. Madhu Agarwal and Anil Agarwal  v. HSBC Bank USA, N.A., et al. Docket No. SWC-F-024191-12, IN WHICH Judge HECTOR R. VELAZQUEZ, J.S.C. was Third Party Defendant, are stayed till further orders.

It is further ordered that Judge HECTOR R. VELAZQUEZ, J.S.C. and all other affected parties should file an application to vacate the order in 30 days.

           Judge of United States
           Southern District of New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Dr Anil Agarwal et al_

(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

- against -

_United States of America et al_

(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

**AFFIRMATION**

14 Civ. 1873 (PAC)( )

I, _Dr. Anil Agarwal_, as plaintiff in the above entitled action, respectfully move this Court to order defendant(s) to show cause why they should not be enjoined from/to ___ _____until a final disposition on the merits in the above entitled action.

Unless this order is issued, I will suffer immediate and irreparable injury, loss and damage in that _if the order is not passed my property address 204 Wilkinson Ave, Jersey City will be sold this week (thursday) although I have tendered payments to Bank_. As can be seen from the foregoing, I have no adequate remedy at law. No prior request has been made for the relief requested herein.

WHEREFORE, I respectfully request that the court grant the within relief as well as such other and further relief that may be just and proper.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: _March 25th_, 20_14_
_NY City_ , _NY_
(town/city)   (state)

Signature: [signed]

Address: _419 Esplanade (Rear)_

City, State: _Maywood, N.J._

Zip Code: _07607-1959_

Telephone or Cell phone number: _201-873-7341_

Rev. 05/2010

1

All the payments where made through Bank to bank electronic Payments which are legal tenders under U.S. Constitution.

| | **State of New Jersey** | |
|---|---|---|
| CHRIS CHRISTIE<br>*Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>25 MARKET STREET<br>P.O. Box 112<br>TRENTON, NJ 08625-0112 | JEFFREY S. CHIESA<br>*Attorney General* |
| KIM GUADAGNO<br>*Lt. Governor* | | CHRISTOPHER S. PORRINO<br>*Director* |

May 7, 2013

Stephanie L. Soondar, Esq.
Shapiro & Perez, LLC
14000 Commerce Parkway, Suite B
Mt. Laurel, NJ 08054

      Re: HSBC Bank USA, N.A. v. Madhu Agarwal and Anil
           Agarwal v. HSBC Bank USA, N.A., et al.
           Docket No. SWC-F-024191-12

Dear Ms. Soondar:

      Enclosed please find an Order entered by the Honorable Hector R. Velazquez, J.S.C. on April 5, 2013, dismissing defendants' purported Third-Party Complaint with prejudice as to Honorable Peter F. Bariso, A.J.S.C., Honorable Hector R. Velazquez, P.J.S.C., Honorable Alvaro L. Iglesia, J.S.C., and the Superior Court Clerk's Office.

                    Sincerely yours,

                      JEFFREY S. CHIESA
                      ATTORNEY GENERAL OF NEW JERSEY

      By: *Brian P. Wilson*
           Brian P. Wilson
           Deputy Attorney General

BPW/bjs
Encl.
c:   Madhu Agarwal (w/encl.)
    Anil Agarwal (w/encl.)



F I L E D

Apr 05, 2013

HECTOR R. VELAZQUEZ, J.S.C.

JEFFREY S. CHIESA
ATTORNEY GENERAL OF NEW JERSEY
Attorneys for Third-Party Defendants,
Hon. Peter F. Bariso, A.J.S.C.,
Hon. Hector R. Velazquez, P.J.S.C.,
Hon. Alvaro L. Iglesia, J.S.C. and
the Superior Court Clerk's Office
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625-0112

By: Brian P. Wilson
    Deputy Attorney General
    (609) 777-3410

---

| | |
|---|---|
| HSBC BANK USA, N.A., | SUPERIOR COURT OF NEW JERSEY |
| Plaintiff, | CHANCERY DIVISION - GENERAL EQUITY |
| | HUDSON COUNTY |
| v. | DOCKET NO. F-024191-12 |
| MADHU AGARWAL and ANIL AGARWAL, | ORDER DISMISSING DEFENDANTS' PURPORTED THIRD-PARTY COMPLAINT WITH PREJUDICE IN LIEU OF FILING AN ANSWER PURSUANT TO R. 4:6-2(e) AS TO HON. PETER F. BARISO, A.J.S.C., HON. HECTOR R. VELAZQUEZ, P.J.S.C., HON. ALVARO L. IGLESIA, J.S.C., AND THE SUPERIOR COURT CLERK'S OFFICE |
| Defendants/Third-Party Plaintiffs, | |
| v. | |
| HSBC BANK USA, N.A., et al. | |
| Third-Party Defendants. | |

This matter having been opened to the Court pursuant to R. 4:6-2(e), on a motion of Jeffrey S. Chiesa, Attorney General of New Jersey, by Brian P. Wilson, Deputy Attorney General, appearing for Hon. Peter F. Bariso, A.J.S.C., Hon. Hector R. Velazquez, P.J.S.C., Hon. Alvaro L. Iglesia, J.S.C. and the Superior Court Clerk's Office, on notice to Plaintiff, HSBC Bank, USA, N.A., and to Defendants/Third-Party Plaintiffs, Madhu Agarwal and Anil

_____
HECTOR R. VELAZQUEZ, J.S.C. J.S.C.

In accordance with the required statement of R. 1:6-2(a), this motion was ( ) opposed  ( ) unopposed.

Agarwal; and the Court having considered the papers submitted; and for good cause shown;

IT IS on this **5th** day of **APRIL**, 2013;

ORDERED, that the Motion to Dismiss Defendants/Third-Party Plaintiffs Madhu and Anil Agarwal's purported Third-Party Complaint pursuant to R. 4:6-2(e) filed by Hon. Peter F. Bariso, A.J.S.C., Hon. Hector R. Velazquez, P.J.S.C., Hon. Alvaro L. Iglesia, J.S.C. and the Superior Court Clerk's Office, is hereby GRANTED, and Defendants/Third-Party Plaintiffs' claims and cross-claims against these purported Third-Party Defendants are hereby dismissed, with prejudice; and it is further,

ORDERED, that a copy of this Order shall be served upon all parties within seven days of its receipt by counsel for moving party.

_____
HECTOR R. VELAZQUEZ, J.S.C.

In accordance with the required statement of R. 1:6-2(a), this motion was ( ) opposed ( ) unopposed.

**THIS MOTION IS GRANTED SUBSTANTIALLY FOR THE REASONS SET FORTH IN THE MOVING PAPERS.**

**MOTION UNOPPOSED**

2

The third party defendants, Bariso, Velazquez, Iglesias and the Superior Court Clerk's office move pursuant to Rule 4:6-2(e) to dismiss the third party complaint filed against them by Madhu and Anil Agarwal.

The motion is granted as the Doctrine of Judicial Immunity bars any and all claims that are asserted in the Third Party Complaint. Under this doctrine Judge's and Courts are entitled to absolute immunity from suit based on the performance of their judicial functions. See: *Mireles v. Waco* 502 U.S. 9 9-10, (1991).

Moreover to the extent that the Agarwals alleges violations of their constitutional rights, these defendants as judicial employees are not persons amenable to suit pursuant to 42 USC 1983. See: *Will v. Michigan Dept. of State Police* 491 U.S. at 71.

Finally, the third party complaint should be dismissed under Rule 4:54-2 because it fails to state a claim under which relief can be granted. While the Agarwals allege a violation of their constitutional rights they fail to assert what rights have been violated and how they were damaged. Pleadings reciting mere conclusions without supporting facts cannot survive a motion to dismiss. The Agarwals are seeking to avoid foreclosure but filing a frivolous and incomprehensible pleading attacking the integrity of judicial employees is not the proper recourse.