UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DR. ANIL AGARWAL and MADHU AGARWAL,

               Plaintiffs,

    -against-

UNITED STATES OF AMERICA, c/o
U.S. ATTORNEY GENERAL, ET AL.,

               Defendants.
------------------------------------------------------------------X

ORDER

14-CV-1873 (PAC)(KNF)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/6/14
```

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      Plaintiff Dr. Anil Agarwal submitted a letter to the court dated September 25, 2014, Docket Entry No. 16. In the letter, Dr. Agarwal contends "that he did not receive UPS Tracking 1ZE22E533710001695 mailed about 7/22/2014 til yesterday." The UPS tracking number referenced by Dr. Agarwal is the tracking number associated with the materials the Clerk of Court sent to Dr. Agarwal, pursuant to the Court's July 21, 2014 order, to enable him to effect service of the summons and amended complaint. In his letter, Dr. Agarwal requests that the time for effecting service be enlarged 120 days owing to his recent receipt of the service-related material.

      The Court's July 21, 2014 order directed the plaintiff to effect service of the summons and amended complaint within 120 days of the date of the summons. Inasmuch as 120 days from July 21, 2014 has yet to expire, and Dr. Agarwal submitted no evidence corroborating his contention that the material associated with UPS Tracking No. 1ZE22E533710001695 was received by him on September 24, 2014, although it was mailed on or about July 21, 2014, no reason exists, at this juncture, to extend the time for the plaintiff to effect service as he was directed to do, via the

July 21, 2014 Order. Accordingly, Dr. Agarwal's request, Docket Entry No. 16, is denied, without

prejudice.

Dated: New York, New York  
       October 3, 2014

SO ORDERED:

*Kevin Nathaniel Fox*  
KEVIN NATHANIEL FOX  
UNITED STATES MAGISTRATE JUDGE

Copies mailed to:

Anil Agarwal  
Madhu Agarwal