UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
U.S. COURTHOUSE - 500 PEARL STREET
NEW YORK, N.Y. 10007

DR. ANIL AGARWAL

Case # 14-CV-01873 (PAC-KNF)

against

United States of America
c/o US Attorny GenERAL
et.al

Document: LETTER + 2 Pages

Please find the Letter dated 10/17/2014

*[signature]*
10/17/2014

RECEIVED
OCT 21 2014
PRO SE OFFICE

**UNITED STATES COURT OF SOUTHERN-DISTRICT OF NEW YORK**
500 PEARL STREET, NEW YORK, NY 10007-1312

<u>CIVIL ACTION NO. 14-cv-01873-PAC-KNF</u>
**(With demand for Jury Trial)**

DR. ANIL AGARWAL, P.O. BOX 6, McAdoo, PA 18237-0006
MADHU AGARWAL, 419 Esplanade, Maywood, NJ 07607-1959
& any and all US CITIZENS and permanent residents effected in any way by
CONSTITUTIONAL WRONGS OF DEFENDENTS

**PLAINTIFFS**

-VS-

UNITED STATES OF AMERICA C/o US ATTORNRY GENERAL et.al.

**DEFENDENTS**

<u>INTRODUCTION:</u>   When the CORRUPTION in various forms is wide spread in the all branches of the Government, I (Dr. A. Agarwal) do not see any better single WAY to bring the United States and all Democracies of the WORLD on the corrected path of the PROSPERTY. I am sorry to perform this task and ask pardon from all those who get affected adversely by my action to save future unborn generations of the PLANET.

**PETTITION**

1. That **§ 3151. Oath of office.**                    Each judicial officer shall, before entering on the duties of     his office, take and subscribe the following oath or affirmation     before a person authorized to administer oaths: "I do solemnly swear (or affirm) that I will support, obey and defend the Constitution of the United States and the     Constitution of this Commonwealth and that I will discharge     the duties of my office with fidelity."

2. That **Judge Jacqueline Russell**, (then working in Court of Common Pleas of Schuylkill County-Civil Action-Law, County of Schuylkill County, PA 18501) violated the numerous constitutional rights of plaintiffs Mrs. and Dr. Agarwal in her (**Judge Russell**) multiple orders in the Civil Action No. 3:09-cv-1921.

3. That referenced civil action was filed that Congress's power to coin money is exclusive: under Article I, Section 10, the states are not permitted to "coin Money; emit Bills of Credit; [or] make any Thing but gold and silver Coin a Tender in Payment of Debts....". Thus UCC Sec. 3-104 does not discriminates between certified checks, personal checks and business checks. All payments made by AGARWAL'S where by UCC Sec. 3-104(g) shown as exhibits 1A, 1B, 1C, 1D, 1F, 1G, 1H, 1I, 1J, 1K and 1L were filed as exhibits.

4. That SUBSTANTIVE DUE PROCESS is required by US Constitution's 5th and 14th Amendments. [**CAVEAT**: Any one who has taken oath to provide due process has responsibility to apply **the correct one process** out of infinite processes (theoretically), thus probability of being correct is one out of infinite, thus acting arbitrarily is bound to fail specially if decision maker take's burden of proof on itself.] Thus right to get Due Process cannot be diminished by any law, rule or regulation.

5. That shallow research, common sense and logic leaves no doubt that any office requires oath of office is held subject to taking, following and living the oath and it is MY (Dr. Anil Agarwal) opinion that any violation of oath of office is actually voluntarily relinquishing the office.

6. That the person violating the oath of office commits the crime of **FALSE SWEARING**.
7. That plain reading of case file will leave no doubt that **Jacqueline Russell** engaged in an unconstitutional act in violation of oath of office of Court of Common Pleas of Schuylkill County JUDGE.
8. That this also translates in to that after the unconstitutional act of **Jacqueline Russell** any action taken by violator of constitution also becomes UNCONSTITUTIONAL, actually from date of **FALSE SWEARING**.

Wherefore it is requested that a writ of **Quo-Warranto** be issued to remove **Jacqueline Russell** from the Office of Court of Common Pleas of Schuylkill County JUDGE, and any and all acts done by her by virtue of the JURISDICTION of the office held subject to the oath after violation of oath or **FALSE SWEARING** of the oath be declared UNCONSTITUTIONAL. It is also requested that she be ordered to return any and all benefits she collected from County or Commonwealth of Pennsylvania.

Dr. Anil Agarwal

Madhu Agarwal

Dated: 10/17/2014

